IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James McNicol, | No. CV-25-08007-PCT-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff filed a Complaint (Doc. 1), challenging the denial of his disability insurance benefits under the Social Security Act. The Honorable James F. Metcalf, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 25), recommending that the Court affirm the Administrative Law Judge's ("ALJ") decision. Judge Metcalf advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to do so could be considered a waiver of the right to review (Doc. Doc. 25 at 21–22) (citing *U.S. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)). Plaintiff has filed Objections (Doc. 26).

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1).  It

follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record. Plaintiff's objections to the findings and recommendations have also been considered.

After a thorough review, Judge Metcalf concluded there was no reversible error in the ALJ's decision regarding the assessment of Plaintiff's alcoholism (Doc. 25 at 5–9), the evaluation of Plaintiff's mental impairments (Doc. 25 at 9–15), and the identification of available jobs (Doc. 25 at 15–21). After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by the magistrate judge. The R&R will be adopted in full. Accordingly,

**IT IS ORDERED** that Magistrate Judge Metcalf's Report and Recommendation (Doc. 25) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Doc. 26) are **overruled**.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of the Social Security Administration is **affirmed**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment accordingly and terminate this case.

Dated this 13th day of February, 2026.

Honorable Steven P. Logan
United States District Judge